### COCHRANE et al. v. FRENCH et al.

*(Supreme Court, General Term, First Department. June 3, 1892.)*

Appeal from special term, New York county.

Action by John W. Cochrane, Edward H. Schell, and Sarah Ann Kip, executors and trustees under the will of Adam W. Spies, deceased, against Sarah Ann French and others, impleaded with Sarah Ann Kip and others, to obtain the construction of the will of the said deceased. From a judgment construing the will, Sarah Ann French and the other defendants appeal. Modified.

Argued before VAN BRUNT, P. J., and O'BRIEN and BARRETT, JJ.

*Charles Steele,* for appellants. *Frank L. Hall,* for respondents John W. Cochrane and others. *James Otis Hoyt* and *Walter C. Gilson,* for respondents Sarah Ann Kip and others.

O'BRIEN, J. The questions discussed upon this appeal are the same as those involved in the case of *Cochrane* v. *Schell,* 19 N. Y. Supp. 424, (herewith handed down,) and the conclusions therein reached are applicable, and a similar disposition of this appeal should be made. All concur.